UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CMR LIMITED PARTNERSHIP,<br><br>      Plaintiff,<br><br> vs.<br><br>THE GAP, INC.,<br><br>      Defendant. | No. 2020-cv-4955<br><br>The Honorable<br>Joan Humphrey Lefkow |

To: Mark L. Evans
   161 North Clark Street, Suite 3000
   Chicago, IL 60601

### AMENDED
### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446, Defendant The Gap, Inc., by its undersigned counsel, removed this matter from the Circuit Court of Cook County, Illinois to this Court based on diversity of citizenship (28 U.S.C. § 1332). In support of Defendant's Notice of Removal, Defendant states:

  1. On July 29, 2020, Plaintiff CMR Limited Partnership filed a civil action in the Circuit Court of Cook County, Illinois which was styled <u>CMR Limited Partnership v. The Gap, Inc.</u>, case no. 2020-1705551 (the "Action"). A copy of the complaint served on Defendant in the Action, is attached to the Notice of Removal as an Exhibit (<u>See</u> Doc. No. 3-1).

  2. Defendant received notice of this matter on August 4, 2020.

  3. Plaintiff is a limited partnership managed by its general partner, CMR Development Corporation, an Illinois corporation with its principal place of business

in Illinois. The remaining member partners of Plaintiff are all citizens of Illinois: Robin L Malk Investment Trust, Wendy Weinstein, and the Steven B. Weinstein Revocable Trust.

4. Defendant The Gap, Inc. is a Delaware corporation with its principal place of business in California.

5. Therefore, Plaintiff and Defendant are citizens of different States.

6. The Complaint alleges that Defendant is liable to Plaintiff for rent in "the sum of $235,289.88" (Ex. 1, Comp. ¶ 4)

7. Accordingly, the amount in controversy here, exclusive of interest and costs, exceeds the sum or value of $75,000.

8. Because there is a diversity in citizenship and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this matter. 28 U.S.C. § 1332(a)(1).

THE GAP, INC.

By: /s/ Charles A. Valente
One of Its Attorneys

Charles A. Valente (ARDC No. 6198718)
cvalente@kaplansaunders.com
Heather Kuhn O'Toole
hotoole@kaplansaunders.com
KAPLAN SAUNDERS VALENTE & BENINATI, LLP
500 N. Dearborn St., Second Floor
Chicago, IL 60654
(312) 755-5700